UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>E. GONZALEZ-VAZQUEZ, et al.,<br><br>    Defendants. | Case No.  2:25-cv-2747-TLN-JDP (P)<br><br>**ORDER** |

Plaintiff Eddie L. Young ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2025 (ECF No. 7) are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED; and

3. Plaintiff is directed to tender the $405 filing fee within twenty-one days of this Order. Failure to timely tender the filing fee may result in dismissal of the case.

IT IS SO ORDERED.

Date: December 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE