1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDDIE L. YOUNG,                          Case No.  2:25-cv-2747-TLN-JDP (P)

12               Plaintiff,

13          v.                                 ORDER

14    E. GONZALEZ-VAZQUEZ, *et al*.,

15               Defendants.

16

17          Plaintiff has filed a motion for an extension of time to pay the filing fee.  ECF No. 9.

18    Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time, ECF No. 9, is GRANTED; and

20          2.  Plaintiff is granted until January 29, 2026 to pay the full filing fee.

21

22    IT IS SO ORDERED.

23

Dated:    January 8, 2026          _____

24                                      JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                            1