UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE L. YOUNG,

        Plaintiff,

      v.

E. GONZALEZ-VAZQUEZ, *et al*.,

        Defendants.

Case No.  2:25-cv-2747-TLN-JDP (P)

ORDER

On May 6, 2026, I ordered plaintiff to file either an amended complaint or a notice of voluntary dismissal.  ECF No. 14.  Plaintiff has motioned for a sixty-day extension of time to file an amended complaint.  ECF No. 15.  That motion is granted and plaintiff is granted until July 28, 2026 (sixty days from the filing of his motion) to file his amended complaint.

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 15, is GRANTED and his amended complaint is due July 28, 2026.

IT IS SO ORDERED.

Dated:    June 30, 2026

_____

JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE

1